**Opinion issued July 23, 2026**



In The

# Court of Appeals

For The

# First District of Texas

—————————————

## NO. 01-26-00705-CV

—————————————

## IN RE KEY ENERGY SERVICES, LLC
## AND KEY ENERGY SERVICES, INC., Relators

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

On July 8, 2026, Relators Key Energy Services, LLC and Key Energy Services, Inc. filed a petition for writ of mandamus challenging the trial court's April 1, 2025 orders denying (1) Relators' June 24, 2022 joint motion for summary judgment and (2) Key Energy Services, LLC's separate October 28, 2022 motion

for summary judgment.[1] The trial court later issued an order on October 10, 2025 denying Relators' motion for reconsideration or, alternatively, permission to appeal filed on August 27, 2025.

We deny the petition.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Rivas-Molloy and Guiney.

---

[1] The underlying case is *Victor Lopez and Yaneth Enrique v. Mewbourne Oil Co., et al.*, cause number 2021-06057, pending in the 152nd District Court of Harris County, Texas, the Honorable TaKasha L. Francis presiding.